OPINION

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| VS | *   CR. NO. **B-05-458-04** |
| **HECTOR SOLIS** | * |

## ORDER SETTING CONDITIONS OF RELEASE

On **June 13, 2005**, a detention hearing was held before this Court. At the hearing, both the Government and Defendant presented their evidence.

This Court has listened to both parties' arguments, and in light of the record and the requirements of 18 U.S.C. § 3142, is of the opinion that a **$50,000.00 bond with $3,000.00 deposit** would reasonably assure the appearance of Defendant at trial and that such a bond is not unreasonable under the provisions of the Bail Reform Act and the facts in this case.

It is therefore ORDERED that Defendant be released should he be able to post a **$50,000.00 bond with $3,000.00 deposit.** Furthermore, and the Defendant shall:

(1) report to the Pretrial Services Agency immediately upon release and thereafter as directed the PSA Officer;

(2) not travel outside Cameron County, Texas, and no travel into Mexico;

(3) avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, and shall have no contact with the co-defendants or associates of the co-defendants; and

(3) follow other conditions expressly set forth in the bond.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from

persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

DONE at Brownsville, Texas, this **13th day of June 2005.**

_____
Felix Recio
United States Magistrate Judge